ACCEPTED
12-14-00187-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/16/2015 4:11:03 PM
CATHY LUSK
CLERK

Case No. 12-14-00187-CV

_____

IN THE COURT OF APPEALS

TWELFTH DISTRICT OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/16/2015 4:11:03 PM
CATHY S. LUSK
Clerk

_____

**KAZIM OLADOTUN OYENUGA**,
*Appellant*


*v*.


**ADEDOYIN ANNE OYENUGA**,
*Appellee*.

_____

Appealed from the 296th Judicial District Court of Collin County, Texas
Trial Court Cause Number 296-54330-2013
The Honorable John Roach, Presiding

_____

# KAZIM OLADOTUN OYENUGA'S SECOND MOTION FOR VOLUNTARY DISMISSAL

_____

Niles Illich
SBOT: 24069969
The Law Office of Niles Illich,
Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75202
Direct: (972) 802−1788
Facsimile: (972) 236−0088
Email: Niles@appealstx.com
**Counsel for Kazim Oladotun Oyenuga**

Kazim Oyenuga asks this Court to grant him a voluntary dismissal of his appeal under Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure.

## Introduction

1. Kazim Oyenuga is the Appellant and Adedoyin Anne Oyenuga is the Appellee. This appeal concerns the division of property following a divorce.

2. Appellant was tried in the 296th Judicial District Court of Collin County.

3. Appellant filed a notice of appeal on June 11, 2014. Appellee did not file a notice of appeal or a notice of cross-appeal.

4. In November 2014, Appellant instructed his attorney to file a motion to dismiss this appeal. Appellant subsequently decided to continue with the appeal and instructed his counsel to attempt to withdraw the motion for voluntary dismissal. This Court did not grant the motion to dismiss and permitted the appeal to go forward.

5. Appellant is aware that his attorney will refuse to file another motion to withdraw a motion for voluntary dismissal. Appellant's counsel is convinced that Appellant wishes to dismiss this appeal or counsel would not file this motion.

## Argument and Authorities

6. There is no specified deadline to file a motion for voluntary dismissal.[1]

---

[1] TEX. R. APP. P. 44.2.

7.    Rule 42.1(a)(1) permits an Appellant to file a motion requesting voluntary dismissal and an appellate court to "dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled."[2]

8.    An appellant is not required to explain his motivation for requesting the voluntary dismissal nor is he required to sign the motion.[3] But Appellant has asked his attorney to explain to the Court that he merely wishes to put this marriage behind him and to "move on with his life," even at the expense of what he perceives to be a legally-improper division of the marital property.

Prayer and Conclusion

9.    Kazim Oyenuga requests that this Court grant his Motion for Voluntary Dismissal.

---

[2] *Id*. at 42.1(a)(1).

[3] *See generally id*. (not requiring a party to show cause for seeking dismissal and signature requirement relates only to criminal appeals).

Respectfully Submitted,

/s/ Niles Illich
Niles Illich
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce Street
Suite 400
Dallas, Texas 75202-4518
Direct: (972) 802-1788
Fax:    (972) 236-0088
Cell:   (713) 320-9883
Email: Niles@appealstx.com
**Counsel for Kazim Oladotun Oyenuga**

## CERTIFICATE OF CONFERENCE

Counsel for Kazim Oyenuga has not conferred on this motion with counsel for Adedoyin Anne Oyenuga. A conference has not occurred on this Motion because counsel does not believe that it is necessary as Kazim Oyenuga is the appellant and is surrendering his appeal.

/s/ Niles Illich
Niles Illich

## CERTIFICATE OF COMPLIANCE

This is to certify that this motion is in accordance with Rule 9.4 of the Texas Rules of Appellate Procedure. This motion is presented in Times New Roman font, size 14 and contains 642 words.

/s/ Niles Illich
Niles Illich

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above styled and captioned Notice of Appearance was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on the 16th day of June, 2015 as follows:

**ELECTRONIC SERVICE**
Mr. Stacy Dunlop
2214 Main Street
Dallas, Texas 75201


/s/ Niles Illich
Niles Illich